IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY DOYLE YOUNG,                 No. C-12-3313 TEH (PR)

         Plaintiff,

     v.                                ORDER OF TRANSFER

BUREAU OF PRISONS,

         Defendant.

         Plaintiff Timothy Doyle Young, a federal inmate housed at the United States Penitentiary in Florence, Colorado, has filed a pro se Complaint alleging a violation of his Eighth Amendment constitutional rights by the Bureau of Prisons (BOP) by withholding treatment for his tooth that broke on February 28, 2012, which exposed a nerve, causing him to experience pain, swelling, infection and possible death. Doc. #1. In an amended complaint, Plaintiff alleges: (1) Mrs. Fetterhoff, a BOP employee, is withholding Plaintiff's medical records to cover up staff misconduct; and (2) the unit team, legal department, BOP and United States District Court in Denver, Colorado refuse to provide him with forms so that he can file his complaint in Denver. Doc. #3.

         The Court construes Plaintiff's claims as arising under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971). To state a private cause of action under Bivens, and its progeny, a plaintiff

must allege: (1) That a right secured by the Constitution of the United States was violated, and (2) that the alleged deprivation was committed by a federal actor. Van Strum v. Lawn, 940 F.2d 406, 409 (9th Cir. 1991) (§ 1983 and Bivens actions are identical save for the replacement of a state actor under § 1983 by a federal actor under Bivens).

All of the events or omissions giving rise to Plaintiff's claims occurred in Florence, Colorado, which lies within the venue of the District of Colorado. Defendants also reside within the District of Colorado. Venue, therefore, properly lies in that district. See 28 U.S.C. § 1391(b). Plaintiff apparently wished to file his complaint in the District of Colorado, but felt he could not do so because he was not given the proper forms.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States District Court for the District of Colorado. The Clerk of the Court shall transfer the case forthwith. Plaintiff's application for in forma pauperis is terminated as moot.

IT IS SO ORDERED.

DATED   *09/11/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Young v BOP 12-3312-TRANS.wpd

**2**